UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.                                                              ) | Cause No. 1:15-CR-159-TWP-MJP |
| ) | |
| JARED FOGLE,                                        ) | |
| ) | |
| Defendant.        ) | |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY ANDREW DEVOOGHT

**Ronald E. Elberger** of the law firm **Bose McKinney & Evans LLP**, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting **Andrew Devooght** of **Loeb & Loeb LLP]**, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Jared Fogle** in the above-styled cause only.  In support of this motion, the undersigned states:

1. The Certification of **Andrew Devooght**, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been mailed/delivered to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting **Andrew Devooght** leave to appear *pro hac vice* for purposes of this cause only.

Dated:  August 19, 2015

Respectfully submitted,

  /s Ronald E. Elberger

Ronald E. Elberger  
Attorney No. 6675-49  
Bose McKinney & Evans LLP  
111 Monument Circle, Suite 2700  
Indianapolis, Indiana  46204  
(317) 684-5000

## CERTIFICATE OF SERVICE

I hereby certify that on **August 19, 2015**, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney **Andrew Devooght** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*Steven D. Debrota*
*U.S. Attorney's Office*
*46 E. Ohio Street*
*Indianapolis, IN  46204*

                                                              s/ Ronald E. Elberger  
                                                              Name of Filing Attorney

Bose McKinney & Evans LLP  
111 Monument Circle, Suite 2700  
Indianapolis, Indiana  46204

2823896_1

Exhibit A

## Certification of Andrew DeVooght
### In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by **Ronald E. Elberger** of the law firm **Bose McKinney & Evans LLP**, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): **State of Illinois and United States District Court for the Northern District of Illinois.** Year of admission: 2000

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: August 19, 2015

Respectfully submitted,

_(signature)_

Andrew Devooght
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
312-464-3167