UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-CR-159-TWP-MJP |
| | ) | |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Ronald E. Elberger** of the law

firm **Bose McKinney & Evans LLP**, seeking an Order granting **Jeremy D. Margolis** of **Loeb**

**& Loeb LLP,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of

**Jared Fogle** in the above-styled cause only.  Being fully advised, it is now ORDERED that the

motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Jeremy D. Margolis**
**Loeb & Loeb LLP**
**321 North Clark Street, Suite 2300**
**Chicago, IL  60654**
**(312) 464-3167**
**(312) 277-8957 (fax)**
**jmargolis@loeb.com**

Dated: _____                    _____

Judge/Magistrate Judge
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF