AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
AUG 19 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:15-CR- |
| JARED S. FOGLE ) | **1:15-cr-0159 TWP -MJD** |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: *Aug 19, 2015*

*[signature]*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

JEREMY D. MARGOLIS and ANDREW R. DEVOOGHT
*Printed name of defendant's attorney*

19 AUG 2015

*[signature]*
*Judge's signature*

Mark J. Dinsmore, U.S. Magistrate Judge
*Judge's printed name and title*