UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA  )
                                      )
        v.                  )          Cause No. 1:15-cr-0159-TWP-MJD
                                        )
JARED S. FOGLE              )

**<u>APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for **Defendant, Jared S. Fogle**.

       I certify that I am admitted to practice in this Court.


<u>August 19, 2015</u>                             s/*Ronald E. Elberger*
                                       Ronald E. Elberger (#6675-49)

                                       BOSE McKINNEY & EVANS LLP
                                       111 Monument Circle, Suite 2700
                                       Indianapolis, IN  46204
                                       (317) 684-5195; (317) 684-5173 Fax
                                       RElberger@boselaw.com

                                       Attorney for Defendant, Jared S. Fogle

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2015, a copy of the foregoing "Appearance" was filed electronically.  Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Steven D. DeBrota
Steve.debrota@usdoj.gov

Jeremy D. Margolis
jmargolis@loeb.com

Andrew DeVooght
adevooght@loeb.com

_s/Ronald E. Elberger_____
Ronald E. Elberger

2824103