September 3, 2015

Magistrate Judge Mark J. Dinsmore
U. S. Federal District Court
46 East Ohio Street
Chambers Room 257
Indianapolis, IN  46204

Your Honorable Judge Dinsmore,

This letter is in regards to the Jared Fogle case and the consideration of his upcoming sentencing for sexual offenses against children.  In the event you are not the sentencing judge, would you be so kind as to forward this letter to the appropriate official?

I am currently incarcerated for 198 months with one count of Distribution of Child Pornography.  I traded files on a peer-to-peer website without any contact with children.  I am not a pedophile, nor have I ever desired any sexual contact with children.

With that said, I implore you to upward-depart from the ludicrous plea agreement arranged with the prosecutor's office of 5 to 20 and a half years when sentencing Mr. Fogle.  Originally facing 30 years for receiving child porn and traveling across state lines for sexual contact with minors, this plea agreement is a slap in the face to the child victims as well as the many people convicted for non-contact sex offenses.

I understand that Mr. Fogle will be paying restitution to the 14 victims, but the fact that he has assests to throw around does not negate him from being punished for his egregious actions and behaviors.  Just the fact that he has 14 VICTIMS is enough to consider a sentence far and away more appropriate than the reported plea agreement.

This is one of those "dirty-little-crimes" that rarely gets the media's attention after the initial headline and quietly goes away.  Please take this opportunity to address this crime with an appropriate punishment that honors the public's expectation of justice AND that shows the victims of this crime, many of whom remain nameless, that we as a community will not tolerate the willful and deliberate sexual abuse of children.

As the sentencing judge in this case, please look into your heart and disregard the disgraceful plea deal in this case and sentence Mr. Fogle to a punishment commensurate with his disregard for the law and his capacity for sexually endangering America's children.

With best regards and respect,

*Thomas S. Ford*

Thomas S. Ford

Thomas Ford 91457-004
Federal Correctional Institution
P. O. Box 779800
Miami, FL  33177-9800