

☆91457-004☆
Judge Mark J Dinsmore
U.S. District Court
46 E OHIO ST
Chambers Room 257
Indianapolis, IN 46204
United States

Thomas Ford 91457-004
Federal Correctional Institution
P. O. Box 779800
Miami, FL 33177-9800