Scott Petrie, #18868-052
United States Penitentiary - Tucson
Post office Box 24550
Tucson, Arizona 85734

U.S. District Court
Tanya Walton Pratt, Judge
46 E. Ohio St.
Indianapolis, IN 46204          August 29, 2015

RE: United States v Jared Fogle

Motion for Amicus Curiae/or
opposition to proposed PLEA
AGREEMENT:

Your Honor:

   Besides writing your Court, I have wrote to President Obama,
Senator Jeff Flake, Senator John McCain, Senator Charles Schumer, the
Committee on the Judiciary, Attorney General, and the Sentencing Commission
all to request that the disparity in sentencing be addressed and to
oppose Jared Fogle's plea deal and have a special prosecutor assigned to
that case and the deal investigated as it smells of corruption.

   First, the plea deal offered is a slapp in the face to those victims
in this case. Count One, Distribution and Receipt 5 to 20 years yet he
distributed and received at least 12 separate victims in the Indianapolis
area am I correct?? Next, he traveled across the U.S. and used his money,
power, inflhence and status quo to have sex with at least "2" separate
minor female children, correct?? and is subject to a maximum of 30 years
combined and now consecutivly would be 50 years. The U.S. Attorney's
office has not only "under" charged Mr. Fogle but additionally has

capped his sentencing exposure to 151 months or 12½ years. The U.S. Attorney also made a big deal that each victim would receive $100,000 dollars, payable immediatly. What a deal I would have jumped on that too because in about 10 years Mr. Fogle will come out of Prison, be a multi-millionaire still and will still like little or young girls... I know, im a pedophile, and the only message his Plea deal is sending is that if your rich enough you can play but it will cost you some money and some time.

Why was he not fully charged and why the capp in the plea deal?? This case is a clear example of the dispurate sentences that are offered and given to defendants nationwide. You as Judge have the authority to reject such a plea deal and I suspect you will or should because it smells.

I like many many others here at this "Maximum" Prison where 80% are sex offenders and are sentenced to more than 30 years are doing time for acts less than what Mr. Fogle did. I was subject to enhanced sentece for distribution 15 to 40 years. I traded child pornography by peer to peer software and was given the maximum 40 years, I did not even have sex with a minor as Mr. Fogle has and yet because he has money he is getting a slapp on the wrist. If his plea deal is accepted by the Court, then anyone in prison who has more time, for less serious crime should have their sentence reduced as to that equal to Mr. Fogle. Regardless, the U.S. Attorney's office has sought fit that Distributing and Receiving Child Pornography and having sex with little girls is only befitting of a 151 month (12½ year) Sentence.

The $100,000 will never erase nor fix the damage done and I dont beleive even comes close to the suffering yet to come, I know as I was sexually abused over and over as a young boy and theres


no amount of money I would trade for just to have been able to have lived a normal Life and not as a prisoner both physically and of my mind. This is no way to life or to live my whole families been destroyed my mom is in a nursing home now and has lost the family home of over 55 years. With my hopes and dreams now forever erased my tomorrows are no longer needed and when one begins to fear the living then there's no fear left for death but to look forward to peace.

I am a good person at heart but have done some terrible things, I don't think they deserved my life though.

Respectfully,

Scott R Pettit