IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CR-159 |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO MAINTAIN UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE UNDER SEAL**

Defendant, JARED FOGLE, by and through his attorneys, JEREMY MARGOLIS and ANDREW DEVOOGHT, respectfully moves this Court to maintain under seal his unopposed motion to modify conditions of release.

1. Today, September 17, 2015, Mr. Fogle filed an unopposed motion to modify conditions of release under seal.

2. In his unopposed motion, Mr. Fogle respectfully requested permission from this Court to travel outside of the Southern District of Indiana to undergo medical evaluation.

3. In his unopposed motion, Mr. Fogle provided this Court with the same information and details regarding the requested medical evaluation that he has provided to the United States Attorney's Office and the United States Probation Office—neither of whom oppose Mr. Fogle's underlying motion.

4. Mr. Fogle's case has attracted significant and sustained attention both from media sources covering the case as well as individuals reaching out to Mr. Fogle's attorneys and others to express their views on Mr. Fogle's case.

5.      Given this substantial and sustained attention, Mr. Fogle respectfully submits that the details of the medical evaluation he is seeking to undergo, including the location of the medical facility and the timing of the requested medical evaluation, should remain under seal.

6.      Permitting these details of Mr. Fogle's request to remain under seal will not simply ensure Mr. Fogle's privacy and safety.  It will also ensure the privacy and safety of the personnel and other patients of the facility Mr. Fogle seeks to visit to obtain the requested medical evaluation.

WHEREFORE, defendant JARED FOGLE respectfully asks that this Court to maintain under seal his unopposed motion to modify conditions of release under seal.


Dated:   September 17, 2015           By:    /s/ Andrew DeVooght

                                      Jeremy Margolis
                                      Andrew DeVooght
                                      LOEB & LOEB LLP
                                      321 N. Clark Street, Suite 2300
                                      Chicago, IL  60647
                                      Telephone: 312.464.3100
                                      Facsimile: 312.464.3111

                                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 17th day of September.

September 17, 2015                              By:  /s/ Andrew DeVooght
                                                                                                       Andrew DeVooght