# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CR-159 |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

This matter having come before the Court on defendant JARED FOGLE's motion to maintain under seal his motion to modify conditions of release.

And the Court, being duly advised, hereby **GRANTS** the motion and **ORDERS** that the defendant's motion to modify conditions of release be maintained under seal.

Dated: _____  _____
JUDGE TANYA WALTON PRATT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.