IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CR-159-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

This matter having come before the Court on defendant JARED FOGLE's motion to maintain under seal his motion to modify conditions of release.

And the Court, being duly advised, hereby **GRANTS** the motion and **ORDERS** that the defendant's motion to modify conditions of release be maintained under seal.

Dated: 9/17/2015

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.