**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 15-CR-159 |
| ) | |
| v. ) | |
| ) | Judge Tanya Walton Pratt |
| JARED FOGLE, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL
DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

This matter having come before the Court on defendant JARED FOGLE's motion to maintain under seal his motion to modify conditions of release.

And the Court, being duly advised, hereby **GRANTS** the motion and **ORDERS** that the defendant's motion to modify conditions of release be maintained under seal.

Dated: _____    _____
HON. TANYA WALTON PRATT, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.