IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 15-CR-159 |
| v. | ) Judge Tanya Walton Pratt |
| JARED FOGLE, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

This matter having come before the Court on defendant JARED FOGLE's motion to maintain under seal his motion to modify conditions of release.

And the Court, being duly advised, hereby **GRANTS** the motion and **ORDERS** that the defendant's motion to modify conditions of release be maintained under seal, with the understanding that this motions should be unsealed at the appropriate time.

Dated: 10/6/2015

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.