IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-CR-00159-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO MAINTAIN MOTION TO DISCLOSE THE PRESENTENCE INVESTIGATION REPORT UNDER SEAL**

Defendant, JARED FOGLE, by and through his attorneys, JEREMY MARGOLIS and ANDREW DEVOOGHT, respectfully moves this Court to maintain under seal his unopposed motion to disclose the Presentence Investigation Report.

1. Today, October 21, 2015, Mr. Fogle filed an motion to disclose the Presentence Investigation Report under seal.

2. In his unopposed motion, Mr. Fogle respectfully requested permission from this Court to disclose the Presentence Investigation Report.

3. In his unopposed motion, Mr. Fogle described the nature and location of the medical treatment he is currently receiving pursuant to this Court's prior Order.

4. Mr. Fogle's case has attracted significant and sustained attention both from media sources covering the case as well as individuals reaching out to Mr. Fogle's attorneys and others to express their views on Mr. Fogle's case.

5. Given this substantial and sustained attention, Mr. Fogle respectfully submits that the details disclosed in his motion regarding the medical treatment he is currently receiving pursuant to this Court's order should remain under seal.

6. Permitting these details of Mr. Fogle's request to remain under seal will not simply ensure Mr. Fogle's privacy and safety. It will also ensure the privacy and safety of the personnel and other patients of the facility where Mr. Fogle is currently receiving medical treatment.

WHEREFORE, defendant JARED FOGLE respectfully asks that this Court to maintain under seal his unopposed motion to disclose the Presentence Investigation Report.

Dated:   October 21, 2015          By:    /s/ Andrew DeVooght

Jeremy Margolis
Andrew DeVooght
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL  60647
Telephone: 312.464.3100
Facsimile: 312.464.3111

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 21st day of October.

October 21, 2015                                            By: /s/ Andrew DeVooght
                                                                                       Andrew DeVooght