IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-CR-00159-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL DEFENDANT'S MOTION TO DISCLOSE THE PRESENTENCE INVESTIGATION REPORT

This matter having come before the Court on defendant JARED FOGLE's motion to maintain under seal his motion to disclose the Presentence Investigation Report.

And the Court, being duly advised, hereby **GRANTS** the motion and **ORDERS** that the defendant's motion to disclose the Presentence Investigation Report be maintained under seal.

Dated: 10/22/2015

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.