600 S. Hayes S. Lot 27  Laramie, WY   82070

United States District Court
Tanya Walton Pratt, Judge
43 E. Ohio St.
Indianapolis, IN 46204

10/13/2015
Re: Case No. 1:15-cr-00159-TNP-MJD
United States of America vs Jared S. Fogle

Dear Your Honor,

Reading the plea agreement reached for Mr. Fogle is very upsetting. I have a son that is in Federal Prison for attempted online enticement of a minor. Under our state laws he did nothing wrong and under federal law it was close to entrapment. Don't get me wrong he is guilty of making a wrong choice.

I realize that Mr. Fogle is only facing state charges and not federal. This Stinks! He crossed state lines, he had contact and had child porn in his possession. Yet my son received ten years for a text and arriving at a FBI sting.

The message being sent out with Mr. Fogle's plea deal is that money means less of a sentence for more serious actions. There are too many sitting in prison for making a wrong choice. This deal shows that some will see less or no prison time for more serious choices.

I ask that this deal be reconsidered.

Thank you for your time.

Concerned Parent,

*Elma R. Snethen*

Elma R. Snethen