Sutton
600 S Hayes St Lot 77
Laramie, WP 82070

CHEYENNE WY 820
17 OCT 2015 PM 1 T

United States District Court
Tanya Walton Pratt, Judge
43 E. Ohio St.
Indianapolis, IN 46204

462048191 2

RECEIVED
OCT 22 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA