IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-CR-00159-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO MAINTAIN UNOPPOSED MOTION TO
MODIFY CONDITIONS OF RELEASE UNDER SEAL**

Defendant, JARED FOGLE, by and through his attorneys, JEREMY MARGOLIS and ANDREW DEVOOGHT, respectfully moves this Court to maintain under seal his unopposed motion to modify conditions of release.

1. Today, October 27, 2015, Mr. Fogle filed an unopposed motion to modify conditions of release under seal seeking the Court's permission to receive medical treatment.

2. In his unopposed motion, Mr. Fogle provided this Court with the same information and details regarding the requested medical treatment that he has provided to the United States Attorney's Office and the United States Probation Office—neither of whom oppose Mr. Fogle's underlying motion.

3. Mr. Fogle's case has attracted significant and sustained attention both from media sources covering the case as well as individuals reaching out to Mr. Fogle's attorneys and others to express their views on Mr. Fogle's case.

4.  Given this substantial and sustained attention, Mr. Fogle respectfully submits that the details of the medical evaluation he is seeking to undergo, including the name and location of the medical facility, should remain under seal.

5.  Permitting these details of Mr. Fogle's request to remain under seal will not simply ensure Mr. Fogle's privacy and safety. It will also ensure the privacy and safety of the personnel and other patients of the facility Mr. Fogle seeks to visit to obtain the requested medical evaluation.

WHEREFORE, defendant JARED FOGLE respectfully asks that this Court to maintain under seal his unopposed motion to modify conditions of release under seal.

Dated:   October 27, 2015            By:    /s/ Andrew DeVooght

Jeremy Margolis
Andrew DeVooght
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL  60647
Telephone: 312.464.3100
Facsimile: 312.464.3111

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 27th day of October.

| | |
|---|---|
| October 27, 2015 | By: /s/ Andrew DeVooght |
| | Andrew DeVooght |