IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-CR-00159-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

This matter having come before the Court on defendant JARED FOGLE's motion to maintain under seal his unopposed motion to modify conditions of release.

And the Court, being duly advised, hereby **GRANTS** the motion and **ORDERS** that the defendant's unopposed motion to modify conditions of release be maintained under seal.

Dated: _____     _____
                                  JUDGE TANYA WALTON PRATT
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF INDIANA

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.