# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-CR-00159-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW UNOPPOSED MOTION
## TO MODIFY CONDITIONS OF RELEASE

DEFENDANT JARED FOGLE, by and through his attorneys, JEREMY MARGOLIS and ANDREW DEVOOGHT, respectfully moves this Court for leave to withdraw his unopposed motion to modify his conditions of release.

1. Mr. Fogle is presently being monitored by the United States Probation Office.

2. On Tuesday, October 27, 2015, Mr. Fogle filed an unopposed motion to modify conditions of release. Mr. Fogle filed the motion, which is document number 46, under seal.

3. Mr. Fogle now asks the Court's permission to withdraw the motion.

WHEREFORE, defendant JARED FOGLE respectfully requests permission to withdraw his unopposed motion to modify conditions of release.

Dated: October 30, 2015          By:     /s/ Andrew DeVooght

        Jeremy Margolis
        Andrew DeVooght
        LOEB & LOEB LLP
        321 N. Clark Street, Suite 2300
        Chicago, IL  60647
        Telephone: 312.464.3100
        Facsimile: 312.464.3111

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 30th day of October.

October 30, 2015                        By: /s/ Andrew DeVooght
                                                                           Andrew DeVooght