IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-CR-00159-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW
UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

This matter having come before the Court on defendant JARED FOGLE's motion to withdraw

his unopposed motion to modify conditions of release.

And the Court, being duly advised, hereby **GRANTS** the motion and **ORDERS** that

defendant JARED FOGLE's unopposed motion to modify conditions of release, document

number 46, be withdrawn.


Dated: _____          _____
                                        JUDGE TANYA WALTON PRATT
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF INDIANA

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated
by the court's ECF system.