10/10/2015

Tanesa Genier, Courtroom Deputy
Room 105
46 East Ohio Street
Indianapolis, IN 46204

Judge Tanya Walton Pratt,

REJECT JARED FOGLE'S PLEA DEAL. I am writing to say Jared's plea deal is a disgrace.

Jared Fogle victimized many children, and they will never be the same.
Their families will never be the same.

The plea deal tells people child pornography is OK. And it isn't. It's horrible. Many children who are victims of sexual crimes commit suicide, do drugs or victimize other children. That's how you know it is very wrong. It severely damages children.

Jared should be put away for a long time, he is a threat to society. If he hurt 10 children, and is given a small amount - say 5 years for each child - that equals 50 years.

PLEASE DO NOT ACCEPT THE PLEA DEAL - IT ISN'T RIGHT OR JUST.

Glenn U.