Tanesa Genier
Courtroom Deputy
Room 105
46 East Ohio Street
Indianapolis, IN 46204

46204191930

Tanesa Genier
Courtroom Deputy
Room 105
46 East Ohio Street
Indianapolis, IN 46204

PHILADELPHIA PA 190
29 OCT 2015 PM 5 L

RECEIVED

NOV 02 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

