October 29, 2015

Tanesa Genier
Courtroom Deputy
Room 105
46 East Ohio Street
Indianapolis, IN 46204

RE: JARED FOGLE SENTENCING

Dear Honorable Judge Tanya Walton Pratt,

Your Honor, I respect your knowledge of Indiana's laws, your position and your experience. I am not writing in any way to suggest you would not arrive at an appropriate sentencing. I am writing to add my voice to the public outcry regarding his plea deal.

Jared Fogle clearly used his fame and wealth to create a "feeder tank" for young children via his "charity". He purposely created the "charity" and paid his accomplice pedophile Russell Taylor to help himself access children. He did not create it to help children, he created it to help himself to children.

A child preyed upon and victimized by "a stranger in a panel truck" pales in comparison to his acts. These children were preyed upon and victimized by someone famous, with money, who presented himself as wanting to "help them".

In addition, the lengths Fogle went to, and the "bravado" he displayed during and after his sexual relations with MULTIPLE CHILDREN is beyond comprehension. In addition to opening a child-luring charity and hiring a pedophile to victimize them, he planned, solicited and travelled to have sex with minors and children. And the list goes on. The lives of the children WE KNOW ABOUT that he victimized through either having sex with them - or watching them - are now PERMANENTLY DAMAGED. There is no amount of money that will fix those kids or their shattered families. They will all probably have issues the rest of their lives - not for 5 years or 12 years - the REST OF THEIR LIVES.

This topic has affected me personally and I am angered and disgusted by the plea deal that has been reached. It is nowhere near proper punishment, it sends a horrible message about tolerating the exploitation and abuse of children and minors and it is an absolute punch in the face to the victims and their families. At the high end, it doesn't even equate to one year served per victim - are you kidding me?

I promise you that the victimized children and their families do not sleep through the night. I don't know how his lawyers can.

Please sentence Jared Fogle to A SENTENCE in a JAIL LOCATION WITH ACCOMMODATIONS that are appropriate. No country clubs please. Include time served for each and every victim, ALL victims. Please consider the lengths he went to to perpetrate, including his feeder tank charity, hiring a pedophile, multiple travels out of state, etc. He spent a lot of time and money on having sex with children. Children that are now changed forever.

His fame and money clearly played a roll in his crimes and now again in his plea deal and it is sickening. The same fame and money he used to attract and exploit these minors and children he is now using to lessen his punishment. PLEASE DO NOT ACCEPT IT.

I beg you to stand up for what is just. Be the voice that delivers some justice for the children and their families. Send a strong message that the exploitation, rape and abuse of children will not be accepted or tolerated in Indiana or the United States.

Sincerely,

Marina Pino

Upon his release (which I hope he never actually realizes because you will give him a lengthly sentence), he should not have considerable assets. His celebrity and wealth played a large role in his crimes. You cannot take away his celebrity but you can lessen his wealth and use it to help others. Please consider reducing his considerable assets (after his legal fees and divorce obligations) by:

1) victim's restitution - please raise it above $100,000 per victim
2) victim's mental healthcare cost - set aside for each victim in a trust, they will need it indefinitely
3) donate to The National Center for Missing and Exploited Children (dollar amount x # of victims)