PHILADELPHIA PA 190
29 OCT 2015 PM 6 L

RECEIVED
NOV 02 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

TANIESA GENIER
COURTROOM DEPUTY
ROOM 105
46 EAST OHIO STREET
INDIANAPOLIS, IN 46204

6813 Blue Grass Road
Philadelphia PA 19152