**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cr-00159-TWP-MJD |
| | ) | |
| JARED S FOGLE (01), | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the orderly progression of proceedings in this matter, the Court orders as follows:

This matter remains set for change of plea and sentencing hearing on November 19, 2015 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. The doors to the Courtroom will open to parties and counsel at 8:15 a.m. The Courtroom will open to the public at 8:40 a.m.

Sentencing memorandums, if any, are due no later than Thursday, November 12, 2015.

Pursuant to General Order of the Court, all cell phones and electronic devices must be turned off (and not simply silenced) inside the Courtroom. Anyone found with an electronic device turned on inside Courtroom 344, will be escorted from the building and may be subject to criminal contempt. Anyone attending the hearing in Courtroom 344 is expected to stay for the duration of the proceedings.

A live video and audio feed will be streamed into an overflow room (Room 434). The use of cell phones and electronic devices will be allowed in the overflow room. Anyone in that room may come and go as they please, giving due respect to others present. Photographing, filming or recording of the proceedings in either the Courtroom or the overflow room 434 is prohibited.

Date: 11/2/2015

*[Signature: Tanya Walton Pratt]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP
relberger@boselaw.com

Andrew Richard DeVooght
LOEB & LOEB LLP
adevooght@loeb.com

Jeremy Margolis
Loeb & Loeb LLP
jmargolis@loeb.com

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov