IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:15-CR-00159-TWP-MJD |
| ) | |
| v. ) | |
| ) | Judge Tanya Walton Pratt |
| JARED FOGLE, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW
UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

This matter having come before the Court on defendant JARED FOGLE's motion to withdraw his unopposed motion to modify conditions of release [46].

And the Court, being duly advised, hereby **GRANTS** the motion and **ORDERS** that defendant JARED FOGLE's unopposed motion to modify conditions of release, document number 46, be withdrawn.

Dated: 11/02/15

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.