**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:15-CR-00159-TWP-MJD |
| v. | ) | Judge Tanya Walton Pratt |
| JARED FOGLE, | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO MAINTAIN DOCKET NO. 46 UNDER SEAL**

This matter comes before the Court on Defendant's motion to maintain under seal his unopposed motion to modify conditions of release [Dkt. 46]. [Dkt. 47.] Docket No. 46 was withdrawn by Defendant before it was formally addressed by the Court. [Dkts. 48 & 55.] Accordingly, as the motion was never acted upon by the Court, Defendant's motion is **GRANTED** and the Clerk is ordered to maintain Docket No. 46 under seal.

Dated: 24 NOV 2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on
all ECF-registered counsel of record via
email generated by the court's ECF system.