**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>　vs. 　　　　　　　　　　　　　)  CASE NO. 1:15–cr–00159–TWP–MJD<br>　　　　　　　　　　　　　　　 )<br>JARED S FOGLE 　　　　　　　 )<br>　　　　　　Defendant(s) 　　 ) | |

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

　　Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Redact this transcript, after which the parties have twenty−one (21) calendar days from the filing of the transcript to file the Redaction Statement. A Redaction Statement must include the page and line of the transcript where the redaction is being requested. If neither a Notice of Intent to Redact nor a Redaction Statement is filed, the unredacted transcript will be made electronically available to the public after ninety (90) calendar days.

　　Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

DATE: November 30, 2015　　　　　　　　　　 s/   David Moxley
　　　　　　　　　　　　　　　　　　　　　　　Court Reporter

### Certificate of Service

　　I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non−registered participants by first−class U.S. Mail, postage prepaid.

　　　　　　　　　　　　　　　　　　　　　　 s/   David Moxley
　　　　　　　　　　　　　　　　　　　　　　　Court Reporter