UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff      )<br>)<br>vs.      )<br>)<br>JARED FOGLE,      )<br>)<br>      Defendant      ) | Cause No. 1:15-cr-0159-TWP-MJD |

## NOTICE OF NON-REDACTION

Defendant, Jared S. Fogle, by counsel, pursuant to S.D. Ind. L.R. 80-2(a), states that no portion of the official transcript is subject to redaction.

Respectfully submitted,

*s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5195
(317) 223-0195 Fax
RElberger@boselaw.com

*Attorney for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2015, a copy of the foregoing Notice of Non-Redaction was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

> Steven D. DeBrota
> steve.debrota@usdoj.gov
>
> Andrew Richard DeVooght
> adevooght@loeb.com
>
> Jeremy Margolis
> jmargolis@loeb.com

*s/ Ronald E. Elberger*
Ronald E. Elberger