UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cr-00159-TWP-MJD |
| | ) | |
| JARED S. FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

Notice is hereby given that the Defendant, Jared S. Fogle, by counsel, pursuant to Rules 3 and 4(b), Federal Rules of Appellate Procedure, and 18 U.S.C. §3742(a), hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment in a Criminal Case entered on December 1, 2015 [Dkt. 78], which, *inter alia,* sentenced Defendant to imprisonment for a term of 188 months and imposed a fine in the sum of $175,000.00.

Respectfully submitted,

*/s/ Ronald E. Elberger*
Ronald E. Elberger, No. 6675-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5195
(317) 223-0195
relberger@boselaw.com

*Attorney for Defendant, Jared S. Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        Steven D. DeBrota
        steve.debrota@usdoj.gov

        */s/ Ronald E. Elberger*
        Ronald E. Elberger

2884727