UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Case No. 1:15-cr-00159-TWP-MJD |
| ) | |
| JARED FOGLE, ) | |
| ) | |
| Defendant ) | |

**DOCKETING STATEMENT**

Defendant, Jared S. Fogle, pursuant to Circuit Rule 3(c), by counsel, Ronald E. Elberger, states that:

1. There have not been any prior or related appellate proceedings in this case, nor have there been any earlier appellate proceedings.

2. There is no prior litigation in the district court that, although not appealed, (a) arises out of the same criminal conviction, or (b) has been designated by the district court as satisfying the criteria of 28 U.S.C. §1915(g).

3. Ronald E. Elberger, a partner in the law firm of Bose McKinney & Evans LLP, 111 Monument Circle, Suite 2700, Indianapolis, IN 46204, is counsel of record for the Defendant, Jared S. Fogle.

4. Jurisdiction in the United States Court of Appeals is based upon 28 U.S.C. §3742(a), and on the due process clause of the Fifth Amendment to the Constitution of the United States.

a. The Judgment in a Criminal Case in the district court was entered on December 1, 2015; and

b. The Notice of Appeal was filed on December 14, 2015.

Respectfully submitted,

*s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5195
(317) 223-0195 Fax
RElberger@boselaw.com

*Attorney for Defendant-Appellant*
*Jared S. Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2015, a copy of the foregoing was filed. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Steven D. DeBrota
steve.debrota@usdoj.gov

*s/ Ronald E. Elberger*
Ronald E. Elberger

2888321_1