UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Case No. 1:15-cr-00159-TWP-MJD |
| ) | |
| JARED FOGLE, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S AGREED DESIGNATION OF**
**THE RECORD ON APPEAL**

Defendant, Jared S. Fogle, pursuant to 18 U.S.C. § 3742(d) and S.D. Ind. L. R. 76-1, by counsel, and with the agreement of the plaintiff, United States of America, by its counsel, respectfully designates those entries on the court's docket sheet that have been highlighted, a copy of which is attached hereto as Exhibit "A" and incorporated by reference herein.

Specifically, Docket Entries numbered 1, 4, 12, 18, 19, 20, 21 (under seal), 36 (under seal, confidential presentence investigation report), 41 (under seal, confidential addendum to presentence investigation report), 44, 45, 50, 51, 52, 57, 58, 60, 67, 69, 71, 72, 73, 74, 76, 77, 78 and 79 (confidential statement of reasons).

Respectfully submitted,

*s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5195
(317) 223-0195 Fax
RElberger@boselaw.com

*Attorney for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2015, a copy of the foregoing was filed. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

>Steven D. DeBrota
>steve.debrota@usdoj.gov

>*s/ Ronald E. Elberger*
>Ronald E. Elberger

2888441_1