UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Case No. 1:15-cr-00159-TWP-MJD |
| | ) | |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant | ) | |

**UNOPPOSED MOTION TO RETAIN THE RECORD
TEMPORARILY IN THE DISTRICT COURT FOR
<u>USE IN PREPARING THE APPEAL</u>**

Defendant, Jared S. Fogle, by counsel, pursuant to Rule 11(c), Federal Rules of Appellate Procedure, moves this Court for an order that the district court clerk retain the record temporarily for the parties to use in preparing the papers on appeal. Plaintiff-Appellee, United States of America, by its counsel, does not oppose the granting of this motion. Upon receipt of the appellee's brief, the defendant-appellant, Jared S. Fogle, will request the clerk of the district court to forward the record to the Clerk of the United States Court of Appeals for the Seventh Circuit.

WHEREFORE, defendant, Jared S. Fogle, by counsel, respectfully moves this Court for an order directing the district court clerk to retain the record temporarily for the parties to use in preparing the papers on appeal.

Dated: December 14, 2015

Respectfully submitted,

*s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5195
(317) 223-0195 Fax
RElberger@boselaw.com

*Attorney for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2015, a copy of the foregoing was filed. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Steven D. DeBrota
steve.debrota@usdoj.gov

*s/ Ronald E. Elberger*
Ronald E. Elberger

2888172_1