UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Case No. 1:15-cr-00159-TWP-MJD |
| ) | |
| JARED FOGLE, ) | |
| ) | |
| Defendant ) | |

**ORDER TO RETAIN RECORD TEMPORARILY
IN THE DISTRICT COURT**

This matter comes before the Court on Defendant's unopposed motion to retain the record temporarily in the district court for use in preparing the appeal. Accordingly, good cause existing, Defendant-appellant's motion is GRANTED and the Clerk is ordered to retain the record temporarily in the district court for the parties to use in preparing the papers on appeal.

Upon receipt of Appellee's brief, defendant's counsel, Ronald E. Elberger, shall request the Clerk of this Court to forward the record to the Clerk of the United States Court of Appeals for the Seventh Circuit.

Dated: _____

_____
Tonya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

    Ronald E. Elberger
    RElberger@boselaw.com

    Steven D. DeBrota
    steve.debrota@usdoj.gov

    Electronic Distribution to United States Probation Office