UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cr-00159-TWP-MJD |
| | ) | |
| JARED S. FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

Notice is hereby given that the Defendant, Jared S. Fogle, by counsel, pursuant to Rules 3 and 4(b), Federal Rules of Appellate Procedure, and 18 U.S.C. §3742(a), hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment in a Criminal Case entered on December 1, 2015 [Dkt. 78], which, inter alia, sentenced Defendant to imprisonment for a term of 188 months and imposed a fine in the sum of $175,000.00.

Respectfully submitted,

*/s/ Ronald E. Elberger*
Ronald E. Elberger, No. 6675-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5195
(317) 223-0195
relberger@boselaw.com

*Attorney for Defendant, Jared S. Fogle*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2015, a copy of the foregoing document was filed

electronically.  Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

Steven D. DeBrota
steve.debrota@usdoj.gov


/s/ Ronald E. Elberger
Ronald E. Elberger

2884727

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Case No. 1:15-cr-00159-TWP-MJD |
| | ) | |
| JARED FOGLE, | ) | |
| | ) | |
| Defendant | ) | |

## <u>DOCKETING STATEMENT</u>

Defendant, Jared S. Fogle, pursuant to Circuit Rule 3(c), by counsel, Ronald E. Elberger, states that:

1.      There have not been any prior or related appellate proceedings in this case, nor have there been any earlier appellate proceedings.

2.      There is no prior litigation in the district court that, although not appealed, (a) arises out of the same criminal conviction, or (b) has been designated by the district court as satisfying the criteria of 28 U.S.C. §1915(g).

3.      Ronald E. Elberger, a partner in the law firm of Bose McKinney & Evans LLP, 111 Monument Circle, Suite 2700, Indianapolis, IN 46204, is counsel of record for the Defendant, Jared S. Fogle.

4.      Jurisdiction in the United States Court of Appeals is based upon 28 U.S.C. §3742(a), and on the due process clause of the Fifth Amendment to the Constitution of the United States.

a.   The Judgment in a Criminal Case in the district court was entered on

December 1, 2015; and

b.   The Notice of Appeal was filed on December 14, 2015.

Respectfully submitted,

*s/ Ronald E. Elberger*
Ronald E. Elberger, Attorney No. 6675-49
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5195
(317) 223-0195 Fax
RElberger@boselaw.com

*Attorney for Defendant-Appellant*
*Jared S. Fogle*

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2015, a copy of the foregoing was

filed. Notice of this filing will be sent to the following parties by operation of the Court's

CM/ECF system.

Steven D. DeBrota
steve.debrota@usdoj.gov

*s/ Ronald E. Elberger*
Ronald E. Elberger

2888321_1

AO 245B   (Rev. 09/13) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) |
| | ) |
| JARED S. FOGLE | ) Case Number:   1:15CR00159-001 |
| | ) USM Number:  12919-028 |
| | ) Jeremy Margolis, Andrew R. DeVooght, and |
| | ) Ronald E. Elberger |

Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s)   1 and 2

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2252(a)(2) | Conspiracy to Distribute/Receive Child Pornography and Distribution/Receipt of Child Pornography | 4/29/2015 | 1 |
| 18 U.S.C. §§ 2423(b) and (e) | Traveling and Attempting to Travel in Interstate Commerce to Engage in Illicit Sexual Conduct with a Minor | 1/11/2013 | 2 |

     The defendant is sentenced as provided in pages 2 through ____5____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/19/2015
Date of Imposition of Judgment

_Tanya Walton Pratt_

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

12/1/2015
Date

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _Laura R. Genis_
Deputy Clerk

AO 245B      (Rev. 09/13) Judgment in Criminal Case
       Sheet 2 — Imprisonment

DEFENDANT:      JARED S. FOGLE
CASE NUMBER:     1:15CR00159-001

# IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     188 months
       188 mos. on each of Cts. 1 and 2, to be served concurrently

☒  The court makes the following recommendations to the Bureau of Prisons:
      The Court strongly recommends that the defendant be designated to a facility in Littleton, Colorado, where he can participate in sex offender treatment, as well as RDAP to address alcohol abuse.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐ at  _____  ☐ a.m.  ☐ p.m.  on  _____ .

    ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on  _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

      Defendant delivered on  _____  to  _____

at  _____ , with a certified copy of this judgment.

                                   _____
                                    UNITED STATES MARSHAL

            By  _____
                             DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 09/13) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

Judgment—Page   3   of   5

DEFENDANT:       JARED S. FOGLE
CASE NUMBER:        1:15CR00159-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : Life
         Life on each of Cts. 1 and 2, to be served concurrently


      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☒   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☒   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16913, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the conditions listed below:

# CONDITIONS OF SUPERVISION

1.      The defendant must report to the probation office in the district to which he is released within 72 hours of release from the custody of the Bureau of Prisons.

2.      The defendant shall not leave the judicial district without the permission of the court or probation officer.

3.      The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

4.      The defendant shall answer all inquiries by the probation officer and follow the instructions of the probation officer.

5.      The defendant shall notify the probation officer prior to any change in residence or employer.

6.      The defendant shall permit a probation officer to visit him at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

7.      The defendant shall not meet, communicate, or otherwise interact with a person whom the defendant knows to be engaged, or planning to be engaged, in criminal activity, or whom the defendant knows to have been convicted of a felony, unless granted permission to do so by the probation officer.

8.      The defendant shall notify the probation officer within 72 hours of being arrested or having any official law enforcement contact.

9.      As directed by the probation officer, the defendant shall notify third parties of the nature of the defendant's offense conduct and conviction and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification.

AO 245B     (Rev. 09/13) Judgment in a Criminal Case
            Sheet 4 — Supervised Release

Judgment—Page    3.01    of    5

DEFENDANT:        JARED S. FOGLE
CASE NUMBER:      1:15CR00159-001

10.     The defendant shall submit to the search of his person, vehicle, office/business, residence and property, including computer systems and Internet-enabled devices, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving the defendant.  Other law enforcement may assist as necessary. The defendant shall submit to the seizure of any contraband that is found, and should forewarn other occupants or users that the property may be subject to being searched.

11.     The defendant shall consent, at the direction of the probation officer, to having installed on his computer(s), telephones, electronic devices, and any hardware or software, systems to monitor his use of these items. Monitoring will occur on a random and/or regular basis.  The defendant will warn other occupants of the existence of the monitoring hardware or software placed on his computer(s), phones and electronic devices. To promote the effectiveness of this monitoring, the defendant shall disclose in advance of its use all cellular phones, electronic devices, computers, and any hardware to the probation officer and may not access or use any undisclosed equipment.  The defendant is responsible for the costs associated with the monitoring program.

12.     The defendant shall participate in a program of treatment for sexual disorders, including periodic polygraph examinations, as directed by the probation officer.  The Court authorizes the release of the presentence report and available psychological records to the treatment provider, as approved by the probation officer. The defendant shall pay a portion of the costs in accordance with his ability to pay.

13.     The defendant shall not possess any obscene material, child pornography, child erotica or nude images of minors.  Any such material found in the defendant's possession shall be considered contraband and may be confiscated by the probation officer.

14.     The defendant shall not have any unsupervised meetings, non-incidental communications, activities, or visits with any minor child, unless approved by the Court or person having custody of the minor child. Supervised contact with a minor child must be approved in advance by the probation officer.  In determining whether to approve such activities involving members of the defendant's family, the probation officer shall determine if the defendant has notified the persons having custody of any such minors about his conviction in this case and the fact that he is under supervision.  If this notification has been made, and if the person having custody consents to these activities, then this condition is not intended to prevent approval of the activity.  This condition excludes his biological children, if contact is agreed to by their mother.

15.     The defendant shall not be employed in any position or participate as a volunteer in any activity that involves unsupervised meetings, non-incidental communications, activities, or visits with minors except as disclosed to the probation officer and approved by the Court.

16.     The defendant shall pay any outstanding location monitoring fees that were accrued while on pretrial supervision.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the condition of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____        _____
Defendant                               Date

_____        _____
U.S. Probation Officer/Designated Witness   Date

AO 245B    (Rev. 09/13) Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___4___ of ___5___

DEFENDANT:       JARED S. FOGLE
CASE NUMBER:        1:15CR00159-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 175,000.00 | $ 1,400,000.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Victim 1 | | $100,000.00 | |
| Victim 2 | | $100,000.00 | |
| Victim 3 | | $100,000.00 | |
| Victim 4 | | $100,000.00 | |
| Victim 5 | | $100,000.00 | |
| Victim 6 | | $100,000.00 | |
| Victim 7 | | $100,000.00 | |
| Victim 8 | | $100,000.00 | |
| Victim 9 | | $100,000.00 | |
| Victim 10 | | $100,000.00 | |
| Victim 11 | | $100,000.00 | |
| Victim 12 | | $100,000.00 | |
| Victim 13 | | $100,000.00 | |
| Victim 14 | | $100,000.00 | |

| **TOTALS** | $ _____ | $ ___1,400,000.00___ |
|---|---|---|

☒ Restitution amount ordered pursuant to plea agreement  $ ___1,400,000.00___

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the   ☒ fine   ☒ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/13) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___5___ of ___5___

DEFENDANT:        JARED S. FOGLE
CASE NUMBER:      1:15CR00159-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of _____ due immediately, balance due

        ☐ not later than _____ , or
        ☐ in accordance   ☐ C   ☐ D   ☐ E, or   ☐ G below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C,   ☐ D, or   ☒ G below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ If this case involves other defendants, each may be held jointly and severally liable for payment of all or part of the
    restitution ordered herein and the Court may order such payment in the future. The victims' recovery is limited to the
    amount of loss, and the defendant's liability for restitution ceases if and when the victims receive full restitution.

**G** ☒ Special instructions regarding the payment of criminal monetary penalties:

    Restitution has been paid in full to the government, $1,200,000.00 has been distributed to 12 victims. The remaining
    $200,000.00 has been put on deposit with the Clerk of Court who is awaiting further information from the US Attorney's
    Office.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

| Defendant Name | Case Number | Joint & Several Amount |
|---|---|---|
| | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s): _____

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
    $50,000.00 (in lieu of forfeiture of personal property)

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# *** PUBLIC DOCKET ***

APPEAL,REDACT,CLOSED

**U.S. District Court**
**Southern District of Indiana (Indianapolis)**
**CRIMINAL DOCKET FOR CASE #: 1:15-cr-00159-TWP-MJD-1**

Case title: USA v. FOGLE

Date Filed: 08/19/2015
Date Terminated: 12/01/2015

Assigned to: Judge Tanya Walton Pratt
Referred to: Magistrate Judge Mark J. Dinsmore

**Defendant (1)**

**JARED S FOGLE**
*TERMINATED: 12/01/2015*

represented by **Andrew Richard DeVooght**
LOEB & LOEB LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654
312-464-3156
Fax: 312-277-8984
Email: adevooght@loeb.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jeremy Margolis**
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, IL 60654
312-464-3167
Fax: 312-277-8957
Email: jmargolis@loeb.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ronald E. Elberger**
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
(317)684-5000
Fax: (317)684-5173
Email: relberger@boselaw.com

*ATTORNEY TO BE NOTICED*

**Pending Counts**

18:2252.F  SEXUAL EXPLOITATION OF MINORS (Distribution and Receipt of Child Pornography and Conspiracy to Distribute and Receive Child Pornography)
(1)

18:2423.F  COERCION OR ENTICEMENT OF MINOR FEMALE (Travel to Engage in Illicit Sexual Conduct with a Minor and Attempting to Travel to Engage in Illicit Sexual Contact with a Minor)
(2)

**Disposition**

Defendant Pled guilty to Counts 1 and 2. IMPRISONMENT: 188 Months on each count, to be served concurrently. SUPERVISED RELEASE: Life on each count to be served concurrently. S.A. Fee: $200.00. FINE: 175,000. RESTITUTION: $1,400,000.

Defendant Pled guilty to Counts 1 and 2. IMPRISONMENT: 188 Months on each count, to be served concurrently. SUPERVISED RELEASE: Life on each count to be served concurrently. S.A. Fee: $200.00. FINE: 175,000. RESTITUTION: $1,400,000.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**                    represented by   **Steven D. DeBrota**
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 226-6333
Fax: (317) 226-6125
Email: steve.debrota@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2015 | 1 | INFORMATION FILED FELONY as to JARED S FOGLE (1) count(s) 1, 2. Electronic Notice to USM. (DW) (Entered: 08/19/2015) |
| 08/19/2015 | 4 | PETITION TO ENTER PLEA OF GUILTY AND PLEA AGREEMENT (WITH STIPULATED FACTUAL BASIS INCLUDED) as to JARED S FOGLE (1). Electronic Notice to USM.(DW) (Entered: 08/19/2015) |
| 08/19/2015 | 6 | NOTICE OF ATTORNEY APPEARANCE Steven D. DeBrota appearing for USA. (DeBrota, Steven) (Entered: 08/19/2015) |
| 08/19/2015 | 7 | MOTION for Attorney Andrew DeVooght to Appear pro hac vice. (No fee paid with this filing) by JARED S FOGLE (1). (Attachments: # 1 Text of Proposed Order)(Elberger, Ronald) (Entered: 08/19/2015) |
| 08/19/2015 | 8 | MOTION for Attorney Jeremy D. Margolis to Appear pro hac vice. (No fee paid with this filing) by JARED S FOGLE (1). (Attachments: # 1 Text of Proposed Order)(Elberger, Ronald) (Entered: 08/19/2015) |
| 08/19/2015 | 9 | Receipt for Pro Hac filing fee for Jeremy Margolis (no document attached) as to JARED S FOGLE (1) (JRT) (Entered: 08/19/2015) |
| 08/19/2015 | 10 | Receipt for Pro Hac filing fee for Andrew Devooght (no document attached) as to JARED S FOGLE (1) (JRT) (Entered: 08/19/2015) |
| 08/19/2015 | 11 | Summons Returned Executed on 8/19/2015 for 5 Summons Issued in case as to JARED S FOGLE (1). Initial Appearance set for 8/19/2015 at 11:00 AM in room #243, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Criminal Duty Magistrate Judge. Electronic Notice to USM. (DW) (BAS) (Entered: 08/19/2015) |
| 08/19/2015 | 12 | WAIVER OF INDICTMENT by JARED S FOGLE (1) (BAS) (Entered: 08/19/2015) |
| 08/19/2015 | 13 | ORDER Setting Conditions of Release as to JARED S FOGLE (1). Signed by Magistrate Judge Mark J. Dinsmore on 8/19/2015. Electronic Notice to USM.(BAS) (Entered: 08/19/2015) |
| 08/19/2015 | 14 | NOTICE OF ATTORNEY APPEARANCE: Ronald E. Elberger appearing for JARED S FOGLE (1) (Retained). (Elberger, Ronald) (Entered: 08/19/2015) |
| 08/19/2015 | 15 | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice for Attorney Andrew DeVooght for JARED S FOGLE. Signed by Magistrate Judge Mark J. Dinsmore on 8/19/2015.(BAS) (Entered: 08/20/2015) |
| 08/19/2015 | 16 | ORDER granting 8 Motion for Leave to Appear Pro Hac Vice for Attorney Jeremy Margolis for JARED S FOGLE. Signed by Magistrate Judge Mark J. Dinsmore on 8/19/2015.(BAS) (Entered: 08/20/2015) |
| 08/19/2015 | 18 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Initial Appearance on Information held on 8/19/2015. Defendant JARED S FOGLE (1) appears in person and by retained counsel Jeremy Margolis, Andrew DeVooght and Ronald Elberger. Appearance for the USA |

|            |     | by AUSA Steve DeBrota. USPO represented by Brittany Neat. Charges, Rights and Penalties explained. Defendant signed Waiver of Indictment in open court. The case will proceed under the Information as the operative charging instrument. Defendant waived formal arraignment. Parties ordered to meet and confer regarding disclosure of evidence on or before 8/21/15. Government did not seek pretrial detention and defendant ordered released. Defendant is released on recognizance. Signed by Magistrate Judge Mark J. Dinsmore. (BAS) (Entered: 08/21/2015) |
|------------|-----|------|
| 08/21/2015 | 19  | SCHEDULING ORDER as to JARED S FOGLE (1). The Court notes that Defendant has filed with the Court his Petition to Enter Plea of Guilty and Request for Presentence Investigation. Plea and Sentence set for 11/19/2015 at 09:00 AM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Signed by Judge Tanya Walton Pratt on 8/21/2015. (MAC) (Entered: 08/21/2015) |
| 08/27/2015 | 20  | ENTRY in case as to JARED S FOGLE (1) - The Court has received a letter regarding the Defendant. The Clerk of the Court shall docket the letter as a restricted access filing - submission of sentencing letter - and distribute a copy to counsel of record only. Signed by Judge Tanya Walton Pratt on 8/27/2015. (MAC) (Entered: 08/28/2015) |
| 09/11/2015 | 22  | ORDER as to JARED S FOGLE (1)- The Court has received two letters regarding the Defendant in this matter. The Clerk of the Court shall docket the letters as a submission of letters. Signed by Judge Tanya Walton Pratt on 9/11/2015. (CBU) (Entered: 09/11/2015) |
| 09/11/2015 | 23  | Letter from Thomas S. Ford in case as to JARED S FOGLE (1) regarding sentencing (Attachments: # 1 Envelope) (CBU) (Entered: 09/11/2015) |
| 09/11/2015 | 24  | Motion and Letter from Scott Petrie in case as to JARED S FOGLE (1) regarding sentencing (Attachments: # 1 Envelope) (CBU) Modified on 9/11/2015 (CBU). (Entered: 09/11/2015) |
| 09/17/2015 | 26  | MOTION to Maintain Document Under Seal 25 SEALED MOTION by JARED S FOGLE (1). (Attachments: # 1 Proposed Order)(Margolis, Jeremy) (Entered: 09/17/2015) |
| 09/17/2015 | 28  | ORDER granting 26 Motion to Maintain Document Under Seal 25 SEALED MOTION as to JARED S FOGLE (1). Signed by Judge Tanya Walton Pratt on 9/17/2015.(TRG) (Entered: 09/17/2015) |
| 09/18/2015 | 30  | Submission of Signature Requirement re 26 MOTION to Maintain Document Under Seal 25 SEALED MOTION by JARED S FOGLE (1) (Attachments: # 1 Proposed Order)(DeVooght, Andrew) (Entered: 09/18/2015) |
| 10/05/2015 | 32  | MOTION to Maintain Document Under Seal 31 Unopposed MOTION to Modify Conditions of Release by JARED S FOGLE (1). (Attachments: # 1 Text of Proposed Order Proposed Order)(DeVooght, Andrew) (Entered: 10/05/2015) |
| 10/06/2015 | 34  | ORDER granting Defendant's 32 Motion to Maintain Document Under Seal |

| | | |
|---|---|---|
| | | as to JARED S FOGLE (1). Signed by Judge Tanya Walton Pratt on 10/6/2015.(MAC) (Entered: 10/06/2015) |
| 10/21/2015 | 38 | MOTION to Maintain Document Under Seal 37 SEALED MOTION *UNOPPOSED MOTION TO DISCLOSE THE PRESENTENCE INVESTIGATION REPORT* by JARED S FOGLE (1). (Attachments: # 1 Propsed Order)(DeVooght, Andrew) (Entered: 10/21/2015) |
| 10/22/2015 | 40 | ORDER granting 38 Motion to Maintain Document Under Seal 37 SEALED MOTION *UNOPPOSED MOTION TO DISCLOSE THE PRESENTENCE INVESTIGATION REPORT* as to JARED S FOGLE (1). Signed by Judge Tanya Walton Pratt on 10/22/2015.(JLS) (Entered: 10/23/2015) |
| 10/23/2015 | 43 | ORDER denying Scott Petrie's Pro Se 24 Motion for Amicus Curiae as to JARED S FOGLE (1). Copy to Petrie via U.S. Mail. Signed by Judge Tanya Walton Pratt on 10/23/2015.(MAC) (Entered: 10/23/2015) |
| 10/26/2015 | 44 | ORDER - The Court has received a letter regarding the Defendant in this matter. The Clerk of the Court shall docket the letter as a submission of letter. Signed by Judge Tanya Walton Pratt on 10/26/2015. (JLS) (Entered: 10/26/2015) |
| 10/26/2015 | 45 | Submission of Letter regarding the Defendant. (Attachments: # 1 Envelope)(JLS) (Entered: 10/26/2015) |
| 10/27/2015 | 47 | MOTION to Maintain Document Under Seal 46 Unopposed SEALED MOTION *to Modify Conditions of Release* by JARED S FOGLE (1). (Attachments: # 1 Propsed Order)(DeVooght, Andrew) (Entered: 10/27/2015) |
| 10/30/2015 | 48 | MOTION to Withdraw Document 46 Unopposed SEALED MOTION *to Modify Conditions of Release* by JARED S FOGLE (1). (Attachments: # 1 Proposed Order)(DeVooght, Andrew) (Entered: 10/30/2015) |
| 11/02/2015 | 53 | ORDER - This matter remains set for change of plea and sentencing hearing on November 19, 2015 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. The doors to the Courtroom will open to parties and counsel at 8:15 a.m. The Courtroom will open to the public at 8:40 a.m. Sentencing memorandums, if any, are due no later than Thursday, November 12, 2015. Anyone found with an electronic device turned on inside Courtroom 344, will be escorted from the building and may be subject to criminal contempt. Anyone attending the hearing in Courtroom 344 is expected to stay for the duration of the proceedings. A live video and audio feed will be streamed into an overflow room (Room 434). Photographing, filming or recording of the proceedings in either the Courtroom or the overflow room 434 is prohibited. Signed by Judge Tanya Walton Pratt on 11/2/2015. (JLS) (Entered: 11/03/2015) |
| 11/02/2015 | 54 | ORDER - Pursuant to Federal Rule of Criminal Procedure 53, photographing and broadcasting of Court proceedings including remote broadcast, is prohibited. Anyone caught photographing, filming or recording the change of plea and sentencing proceedings either within Courtroom 344 or the overflow room 434 will be removed from the courthouse, may have their |

| | | device confiscated, and may be subject to contempt of court. Signed by Judge Tanya Walton Pratt on 11/2/2015. (JLS) (Entered: 11/03/2015) |
|---|---|---|
| 11/02/2015 | 55 | ORDER granting 48 Motion to Withdraw Document 46 as to JARED S FOGLE (1). Signed by Magistrate Judge Mark J. Dinsmore on 11/2/2015. (BAS) (Entered: 11/04/2015) |
| 11/03/2015 | 50 | ORDER - The Court has received two letters regarding the Defendant in this matter. The Clerk of the Court shall docket the letters as a submission of letters. Signed by Judge Tanya Walton Pratt on 11/3/2015. (JLS) (Entered: 11/03/2015) |
| 11/03/2015 | 51 | Submission of Letter regarding the Defendant. (Attachments: # 1 Envelope) (JLS) (Entered: 11/03/2015) |
| 11/03/2015 | 52 | Submission of Letter regarding the Defendant. (Attachments: # 1 Envelope) (JLS) (Entered: 11/03/2015) |
| 11/12/2015 | 57 | SENTENCING MEMORANDUM by USA as to JARED S FOGLE (1) (DeBrota, Steven) (Entered: 11/12/2015) |
| 11/12/2015 | 58 | SENTENCING MEMORANDUM by JARED S FOGLE (1) (Attachments: # 1 Exhibit A, # 2 Exhibit B)(DeVooght, Andrew) (Entered: 11/12/2015) |
| 11/13/2015 | 59 | SCHEDULING ORDER as to JARED S FOGLE (1)- This matter is scheduled for an attorneys only telephonic conference on Monday, November 16, 2015 at 11:00 a.m. Counsel shall call the number provided by the Courtroom Deputy Clerk in a separate email. Signed by Judge Tanya Walton Pratt on 11/13/2015. (TRG) (Entered: 11/13/2015) |
| 11/16/2015 | 61 | MINUTE ENTRY for attorneys only telephonic conference held before Judge Tanya Walton Pratt on 11/16/2015: Parties appeared by counsel. Discussion was held regarding the logistics of the upcoming hearing. This matter remains set for change of plea and sentencing hearing on 11/19/15 at 9:00 a.m. in Courtroom 344. Signed by Judge Tanya Walton Pratt. (Court Reporter David Moxley) (TRG) (Entered: 11/16/2015) |
| 11/16/2015 | 63 | MOTION for Stay of Execution of Sentencing and Motion for Reconsideration of Amicus Curiae Status, filed by Scott Petrie. (TRG) (Entered: 11/16/2015) |
| 11/16/2015 | 64 | Entry on Motion to Reconsider and Motion to Stay - The Court has received and has considered Scott Petrie's Motion for Reconsideration of Amicus Curiae Status and his Temporary Motion for Stay of Execution of Sentencing. Mr. Petrie's materials differ in form but not in substance from his prior motion and several letters concerning the disposition of this case. His materials will be treated as such and the motions he has tendered are DENIED. Signed by Judge Tanya Walton Pratt on 11/16/2015.(TRG) (Entered: 11/16/2015) |
| 11/16/2015 | 65 | DECORUM ORDER as to JARED S FOGLE (1) - For the orderly progression of proceedings in this matter, the Court orders as follows: Change of plea and sentencing hearing remains set 11/19/2015 at 9:00 a.m. in Courtroom 344. The Courtroom will open to the public at 8:40 a.m. A live |

| | | |
|---|---|---|
| | | video and audio feed will be streamed into an overflow room, Courtroom 307 which will open at 8:00 a.m. Signed by Judge Tanya Walton Pratt on 11/16/2015. (Please see order for further details)(TRG) (Entered: 11/16/2015) |
| 11/16/2015 | 66 | ENTRY DIRECTING TREATMENT OF DOCUMENT - Further proceedings associated with the question of a guardian ad litem will be docketed in the newly-opened Miscellaneous matter, which shall remain under seal except to case participants in No. 1:15-cr-159-TWP-MJD. The motion [dkt 56] shall therefore be terminated on the criminal docket. Signed by Judge Tanya Walton Pratt on 11/16/2015. (JLS) (Entered: 11/17/2015) |
| 11/17/2015 | 67 | SENTENCING MEMORANDUM by JARED S FOGLE (1) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(DeVooght, Andrew) (Entered: 11/17/2015) |
| 11/17/2015 | 68 | ORDER as to JARED S FOGLE (1) - Pursuant to Federal Rule of Criminal Procedure 53, photographing and broadcasting of Court proceedings including remote broadcast, is prohibited. Anyone caught photographing, filming or recording the change of plea and sentencing proceedings either within Courtroom 344 or the overflow room 307 will be removed from the courthouse, may have their device confiscated, and may be subject to contempt of court. Signed by Judge Tanya Walton Pratt on 11/17/2015. (TRG) (Entered: 11/17/2015) |
| 11/19/2015 | 74 | MINUTE ENTRY for change of plea and sentencing held before Judge Tanya Walton Pratt on 11/19/2015: Defendant JARED S FOGLE (1) appeared in person and by retained counsel Andrew Richard DeVooght, Jeremy Margolis, and Ronald E. Elberger. Appearance for the USA by AUSA Steve DeBrota. USPO represented by Stephanie Ivie. Factual Basis contained in plea agreement. Testimony and evidence presented. Argument heard. Sentence imposed. Judgment forthcoming. Defendant is remanded to custody of USM. Signed by Judge Tanya Walton Pratt. (Court Reporter David Moxley) (TRG) (Entered: 11/19/2015) |
| 11/24/2015 | 75 | ORDER granting 47 Motion to Maintain Document Under Seal 46 Unopposed SEALED MOTION *to Modify Conditions of Release* as to JARED S FOGLE (1). Signed by Magistrate Judge Mark J. Dinsmore on 11/24/2015.(CBU) (Entered: 11/24/2015) |
| 11/30/2015 | 76 | TRANSCRIPT of Plea and Sentencing Hearing as to JARED S FOGLE (1) held on 11/19/2015 before Judge Tanya Walton Pratt. (195 pages.) Court Reporter/Transcriber: David Moxley (Telephone: (317) 916-8209). Please review Local Rule 80-2 for more information on redaction procedures. Redaction Statement due 12/21/2015. Release of Transcript Restriction set for 2/29/2016. (Moxley, David) (Entered: 11/30/2015) |
| 11/30/2015 | 77 | NOTICE of FILING of OFFICIAL TRANSCRIPT of Plea and Sentencing Hearing held before Judge Tanya Walton Pratt on 11/19/2015 in case as to JARED S FOGLE (1) (Moxley, David) (Entered: 11/30/2015) |
| 12/01/2015 | 78 | JUDGMENT as to JARED S FOGLE (1). Count(s) 1, 2, Defendant Pled guilty to Counts 1 and 2. IMPRISONMENT: 188 Months on each count, to |

| | | |
|---|---|---|
| | | be served concurrently. SUPERVISED RELEASE: Life on each count to be served concurrently. S.A. Fee: $200.00. FINE: 175,000. RESTITUTION: $1,400,000. Signed by Judge Tanya Walton Pratt on 12/1/2015. Electronic Notice to USM.(JLS) (Entered: 12/01/2015) |
| 12/07/2015 | 80 | NOTICE *of Non-Redaction* by JARED S FOGLE (1) re 76 Transcript (Elberger, Ronald) (Entered: 12/07/2015) |
| 12/08/2015 | 81 | REDACTION STATEMENT in case as to JARED S FOGLE (1) re 76 Transcript filed by attorney Steven D. DeBrota (DeBrota, Steven) (Entered: 12/08/2015) |
| 12/14/2015 | 82 | NOTICE OF APPEAL by JARED S FOGLE (1) re 78 Judgment. (Filing fee $505, receipt number 0756-3705362) (Elberger, Ronald) (Entered: 12/14/2015) |
| 12/14/2015 | 83 | DOCKETING STATEMENT as to JARED S FOGLE (1) re 82 Notice of Appeal (Elberger, Ronald) (Entered: 12/14/2015) |
| 12/14/2015 | 84 | DESIGNATION OF RECORD ON APPEAL by JARED S FOGLE (1) re 82 Notice of Appeal (Attachments: # 1 **RESTRICTED TO CASE PARTICIPANTS** Exhibit A Designation of Record)(Elberger, Ronald) Modified on 12/14/2015 (LBT). (Entered: 12/14/2015) |
| 12/14/2015 | 85 | Unopposed MOTION *to Retain the Record Temporarily in the District Court for Use in Preparing the Appeal* by JARED S FOGLE (1). (Attachments: # 1 Text of Proposed Order)(Elberger, Ronald) (Entered: 12/14/2015) |
| 12/14/2015 | 86 | PARTIES' SHORT RECORD as to JARED S FOGLE (1) re 82 Notice of Appeal - **Instructions for Attorneys and Designation of Record information attached.** **Docket Sheet containing sealed entries emailed to counsel of record.** (A paper copy of the Short Record was sent on 12/14/2015 to the defendant, via US Mail, at *FCI Englewood Federal Correctional Institution*) (MAG) (Entered: 12/14/2015) |

Case #: 1:15-cr-00159-TWP-MJD-1