UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                       )<br>                        Plaintiff         )<br>                                                       )<br>        V.                                         )     Case No. 1:15-cr-00159-TWP-MJD<br>                                                       )<br>JARED FOGLE,                           )<br>                                                       )<br>                        Defendant    )  | |

**MOTION TO WITHDRAW UNOPPOSED MOTION
TO RETAIN RECORD TEMPORARILY**

Defendant, Jared Fogle, by counsel, respectfully moves this Court for an order withdrawing said defendant's unopposed motion to retain record temporarily, and as grounds therefor states that:

1.   Rule 11(c), Federal Rules of Appellate Procedure, provides for the temporary retention of the record in the district court for use of the parties in preparing their briefs on appeal.

2.   Unaware that the district court retained an electronic copy of the entire record, even after the record was docketed in the United States Court of Appeals for the Seventh Circuit, counsel for the defendant, without any opposition from plaintiff's counsel, requested that the record be temporarily retained in the district court.

3.   Since the entire record is retained electronically by the clerk of the district court, the unopposed motion to retain the record temporarily in the district court for use in preparing the appeal is unnecessary and moot.

WHEREFORE, Defendant, Jared Fogle, by counsel, moves this Court for an order granting withdrawal of defendant's motion to retain record temporarily (Dkt. 85) as unnecessary and moot.

        Respectfully submitted,

        *s/ Ronald E. Elberger*
        Ronald E. Elberger, Attorney No. 6675-49
        Bose McKinney & Evans LLP
        111 Monument Circle, Suite 2700
        Indianapolis, Indiana  46204
        (317) 684-5195
        (317) 223-0195 Fax
        RElberger@boselaw.com

        *Attorney for Defendant, Jared Fogle*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2015, a copy of the foregoing was filed. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

    Steven D. DeBrota
    steve.debrota@usdoj.gov

        *s/ Ronald E. Elberger*
        Ronald E. Elberger