UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Case No. 1:15-cr-00159-TWP-MJD |
| ) | |
| JARED FOGLE, ) | |
| ) | |
| Defendant ) | |

**ORDER GRANTING WITHDRAWAL OF UNOPPOSED
MOTION TO RETAIN RECORD TEMPORARILY
IN THE DISTRICT COURT**

This matter comes before the Court on Defendant's motion to withdraw defendant's unopposed motion to retain the record temporarily in the district court for use in preparing the appeal (Dkt. 85). Since the clerk maintains an electronic copy of the entire record to which counsel for the parties has access, withdrawal of the motion as unnecessary is hereby GRANTED.

Accordingly, defendant's unopposed motion to retain the record temporarily in the district court for use in preparing the appeal is hereby withdrawn from the record.

Dated: _____

_____
Tonya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

    Ronald E. Elberger
    RElberger@boselaw.com

    Steven D. DeBrota
    steve.debrota@usdoj.gov

2888921_1