UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. No. 1:15-cr-159-TWP-MJD |
| JARED S. FOGLE, | ) | |
| | ) | |
| Defendant. | ) | |

# E N T R Y

The defendant's *motion to withdraw* [dkt 89] is **granted.**

The defendant's *motion to retain the record temporarily* [dkt 85] is **denied as moot.**

IT IS SO ORDERED.

Date: 12/23/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ronald E. Elberger
BOSE MCKINNEY & EVANS, LLP relberger@boselaw.com

Andrew DeVooght Loeb & Loeb LLP adevooght@loeb.com

Jeremy Margolis Loeb & Loeb LLP jmargolis@loeb.com

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov