FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 JAN 12  PM 3:48
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Scott Petrie, #18868-052
United States Penitentiary-Tucson
P.O. Box 24550
Tucson, AZ 85734

Clerk of The Court
Tanya Walton Pratt, Judge

January 2nd, 2016

RE: U.S. v Jared S Fogle
1:15-cr-00159-TWP-MJD

Letter/motions Request

To Whom it may Concern:

I am respectfully requesting a copy of the Docket in the above referenced case. As this Honorable Court is aware I filed as amicus curiae in the case and would ask the Court to please as well provide me a copy of the sentencing minutes. I would like to be put on notice of any appeals as I intend to continue as amicus curiae to oppose any attacks that may be brought against the sentence imposed. I do not have any money and am considered indigent by the B.O.P. so please if possible waive any fees.

Thank you

Respectfully,

Scott Petrie