Inmate Name: Scott Petrie
Register Number: 18868-052
United States Penitentiary Tucson
Post Office Box 24550
Tucson, Arizona 85734

RECEIVED
JAN 11 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

⇔18868-052⇔
Tanya Walton Pratt Judge
46 E OHIO ST
U.S. Court House
Indianapolis, IN 46204
United States

"Legal Mail"

4620419220S

"Legal Mail"